# ALABAMA COURT OF CRIMINAL APPEALS



May 23, 2025

**CR-2024-0121**

E.L.K. v. State of Alabama (Appeal from Madison Circuit Court: CC-18-2858.61)

## <u>NOTICE</u>

You are hereby notified that on May 23, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk